360 A.2d 658

COMMONWEALTH

v.

JACKSON, Appellant.

Argued March 15, 1976.  Salvatore J. Cucinotta, and Pirillo, Cucinotta & Tumini, submitted a brief for appellant; John M. DiDonato, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.